UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Herbert Campbell,　　　　　　　　　　　　　　　　　　Civil No. 09-736 MJD/AJB

　　　　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Dwight Fondren, Warden
FCI Sandstone,

　　　　　　　　Respondent.

　　　　Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 23, 2009, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Herbert Campbell's Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus is **DISMISSED** without prejudice. [Docket No. 1].

Dated: September 14, 2009

　　　　　　　　　　　　　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　United States District Court Chief Judge